UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BONEVENTO,

      Plaintiff,

  -against-

AMERIPRISE FINANCIAL
SERVICES, LLC,

      Defendant.

25-cv-2593 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On April 1, 2025, the Court held a telephonic conference in the above-captioned case. As discussed at the conference, defendant Ameriprise Financial Services, LLC is hereby ordered to respond to plaintiff Michael Bonevento's request that this Court remand the case to the New York State Supreme Court by no later than April 5, 2025. Plaintiff is hereby ordered to reply to defendant's response by no later than April 9, 2025. In addition, at the conference, defendant consented to stay plaintiff's deadline to answer in arbitration until this Court issues its ruling as to its jurisdiction over this case.

    SO ORDERED.

New York, NY
___ , 2025

_____
JED S. RAKOFF, U.S.D.J.